**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| GENET McCANN,<br><br>Plaintiff,<br><br>vs.<br><br>WARD TALEFF, et al.,<br><br>Defendants. | CV 18-115-GF-BMM-JTJ<br><br>**ORDER** |

The Court has set a hearing at 2:00 p.m. on March 12, 2019, for the purpose of addressing Defendants' motions to dismiss, and Defendants' motions to declare Plaintiff a vexatious litigant. Plaintiff has moved to vacate the hearing. Plaintiff argues that the hearing should be vacated and reset on a different date for the following two reasons: 1) a three-hour hearing would not provide the parties sufficient time to present argument on all of the motions; and 2) the motions to dismiss and the motions to declare Plaintiff a vexatious litigant should be addressed in separate hearings. Defendants oppose the motion.

IT IS ORDERED:

1. Plaintiff's Motion to Vacate the March 12, 2019, Hearing (Doc. 58) is DENIED.

2. The March 12, 2019, hearing shall take place as scheduled.

3. Defendants (collectively) shall be allowed no more than one hour to present argument in support of their motions. Plaintiff shall be allowed no more than one hour to respond to Defendants' motions.

DATED this 8th day of March, 2019.

John Johnston
United States Magistrate Judge